PROB 35  
(Rev. 4/81)

Report and Order Terminating Probation/  
Supervised Release Prior to Original Expiration Date

# United States District Court

For The

## District of New Jersey

UNITED STATES OF AMERICA

v.                                              Crim. No.   03-00738-001

STEPHEN ADLER

On June 21, 2004, the above named was placed on probation for a period of three (3) years. The probationer has complied with the rules and regulations of probation and is no longer in need of probation supervision. It is accordingly recommended that the probationer be discharged from probation.

Respectfully submitted,

United States Probation Officer  
James L. Winkler

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervised release and that the proceedings in the case be terminated.

Dated this _15_ day of _Feb_, 20_06_.

Joel A. Pisano  
United States District Judge

**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

CHRISTOPHER MALONEY
CHIEF PROBATION OFFICER

THOMAS S. LARSON
SUPERVISING U.S. PROBATION OFFICER

February 7, 2006

200 FEDERAL PLAZA
ROOM 130
P.O. BOX 2097
PATERSON, NJ 07509-2097
(973) 357-4080
FAX: (973) 357-4092

Honorable Joel A. Pisano, USDJ
United States District Court
U. S. Post Office & U.S. Courthouse
Room 417
P.O. Box 999
Newark, New Jersey 07101-0999

       RE:    **ADLER, Stephen**
                Docket No.: 03-00738-001
                ***Request for Early Discharge from Probation***

Dear Judge Pisano:

On June 21, 2004, the above captioned offender was sentenced by Your Honor to three (3) years probation for the offense of Credit Card Fraud. Furthermore, and as a condition of Probation, offender was ordered confined to his residence for a period of one (1) year ( the wearing of an electronic monitoring device was waived by Your Honor).

Since the commencement of offender's probation term he has demonstrated remorse for his crime. He has also been cooperative and compliant with his probation terms and conditions. The offender reports as directed, submits monthly supervision reports on time, has had no new arrests and has a stable home life. He has also satisfied his restitution obligation and has complied with DNA sample collection.

*Title 18 U.S.C. §§ 3564(c) and 3583(e)(1) permit the Court to terminate a term of probation in misdemeanor cases at any time and terms of supervised release or probation in felony cases after the expiration of one year of supervision if satisfied that such action is warranted by the conduct of an offender and is in the interest of justice.* Taking into consideration the offender's satisfactory adjustment to probation, our office respectfully requests that Your Honor review this matter for Early Termination.

If Your Honor concurs with our review, please sign the enclosed forms and have your Deputy Clerk forward two certified copies to this office.

I am available to discuss this matter further at Your Honor's convenience and can be reached at (973) 357-4183.

                                           Respectfully submitted,

                                           CHRISTOPHER MALONEY, Chief
                                           U. S. Probation Officer

                                       By:  James L. Winkler
                                             U. S. Probation Officer

Enclosures
cc: Mitchell Epner, AUSA